IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **HAROLD IDLEBIRD** | § | |
| | § | |
| V. | § | NO. 1:11-CV-441 |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **Commissioner of Social** | § | |
| **Security Administration** | § | |

**MEMORANDUM OPINION ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court heretofore ordered that this matter be referred to the Honorable Keith Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. The relief requested by the Defendant is unopposed by the Plaintiff.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED.** A Final Judgment will be entered separately, remanding this action to the Commissioner for rehearing under the fourth sentence of 42 U.S.C. § 405(g).

**SIGNED** this the 26 day of **June, 2012.**

_____
Thad Heartfield
United States District Judge